IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS,<br><br>    Plaintiff,<br><br> v.<br><br>AFTCO MFG. CO., INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-10271<br><br>NOTICE OF SETTLEMENT |

**NOTICE OF SETTLEMENT**

  Plaintiff ERICK GATHERS, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant AFTCO MFG. CO., INC. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days. The parties respectfully request that the status conference presently set for June 11, 2020, at 2:00 p.m., be continued thirty days to permit the parties to finalize their settlement and enter a dismissal.

Dated: June 9, 2020       BLOCK & LEVITON, LLP

                By: */s/ Jason Leviton*
                Jason M. Leviton, Esq.
                260 Franklin Street, Suite 1860
                Boston, MA 02110
                Telephone: (617) 398-5600
                Jason@blockesq.com

                *Attorneys for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 9th day of June, 2020.

                                                            */s/ Jason M. Leviton*
                                                            Jason M. Leviton